UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-21456-UU

MSP RECOVERY CLAIMS, SERIES LLC,

    Plaintiff,

v.

AUROBINDO PHARMA, LTD, *et al.*,

    Defendants.
_____/

### ORDER DISMISSING CASE

THIS CAUSE comes before the Court upon Plaintiff's Notice of Voluntary Dismissal. D.E. 27.  The Court has considered the pertinent portions of the record and is otherwise fully advised in the premises.  It is hereby

ORDERED AND ADJUDGED that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the case is DISMISSED WITHOUT PREJUDICE.  It is further

ORDERED AND ADJUDGED that the Clerk of Court SHALL administratively close this case.  All future hearings are CANCELLED, and all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers, Miami, Florida, this _26th_ day of May, 2020.

*Ursula Ungaro*

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies furnished:
All counsel of record